JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

4:20-CV-307-KGB

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
The United States of America

**DEFENDANTS**
$332,057.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Cameron McCree and Amanda Jegley
US Attorney's Office, PO Box 1229, Little Rock, AR 72203
Phone: (501) 340-2600

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 690 Other | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | **PERSONAL INJURY** | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - | | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Product Liability | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 367 Health Care/ | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | Pharmaceutical | ☐ 830 Patent | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Personal Injury | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Product Liability | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 368 Asbestos Personal | **LABOR** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | Injury Product | ☐ 710 Fair Labor Standards | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Liability | Act | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | **PERSONAL PROPERTY** | ☐ 720 Labor/Management | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 370 Other Fraud | Relations | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | ☐ 380 Other Personal | ☐ 751 Family and Medical | Act |
| | Medical Malpractice | Property Damage | Leave Act | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage | ☐ 790 Other Labor Litigation | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Product Liability | ☐ 791 Employee Retirement | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | **PRISONER PETITIONS** | Income Security Act | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 463 Alien Detainee | **FEDERAL TAX SUITS** | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 510 Motions to Vacate | ☐ 870 Taxes (U.S. Plaintiff | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | Sentence | or Defendant) | |
| | Employment | ☐ 530 General | ☐ 871 IRS—Third Party | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 535 Death Penalty | 26 USC 7609 | |
| | Other | **Other:** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration | |
| | | ☐ 560 Civil Detainee - | Actions | |
| | | Conditions of | | |
| | | Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 21 United States Code, Section 886(a)(6)
Brief description of cause:
Civil Forfeiture of Drug-Related Money

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*
JUDGE Volpe
DOCKET NUMBER 4:19SW00203, 204, 205 JJV

DATE
March 24, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE