THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              Case No. 4:20-cv-00307-KGB

$332,057.00 IN UNITED STATES CURRENCY                                         DEFENDANT

## ORDER

The United States has requested that its motion to strike be withdrawn (Dkt. No. 13). For good cause shown, the Court grants the request. The United States' pending motion to strike is withdrawn without prejudice to the government's right to refile the motion, if it chooses to do so.

It is so ordered this 14th day of January, 2021.

_____
Kristine G. Baker
United States District Judge