THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       Case No. 4:20-cv-00307-KGB

$332,057.00 IN UNITED STATES CURRENCY                                                   DEFENDANT

ORDER

Before the Court is a motion to withdraw as counsel filed by Adam Childers, attorney of record for claimant Sung Kim (Dkt. No. 18). Mr. Childers represents that he and Mr. Kim reached an impasse during his representation and that it is in the best interest of all parties that he withdraw as counsel to permit Mr. Kim to represent himself or to seek new counsel (*Id.*). For good cause shown, the Court grants the motion and relieves Mr. Childers as counsel for Mr. Kim in this matter (Dkt. No. 18).

Mr. Kim is directed to submit to the Court a written status update advising the Court of whether Mr. Kim will represent himself *pro se* or has retained new counsel. Mr. Kim must filed this status report within 30 days from the entry of this Order, on or before February 15, 2021.

It is so ordered this 14th day of January, 2021.

                                                              _____
                                                              Kristine G. Baker
                                                              United States District Judge