

# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

# SECTION I - CONTACT INFORMATION

**CLAIMANT INFORMATION**

**Claimant/Contact Name:** (Last, First)
Kim, Sung

**Business/Institution Name:** (if applicable)

**Prisoner ID:** (if applicable)

**Address:** (Include Street, City, State, and Zip Code)
3479 Ennfield Way
Duluth, GA 30096

**Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)

**Phone:** (optional)

**Email:** (optional)

**ATTORNEY INFORMATION** (if applicable)

**Attorney Name:** (Last, First)
Childers, Adam

**Attorney Title:**

**Firm Name:** (if applicable)
Childers Law Firm, PLLC

**Attorney Address:** (Include Street, City, State, and Zip Code)
315 N Broadway St
North Little Rock, AR 72114

**Are you an attorney filing this claim on behalf of your client?** [X] Yes  [ ] No

**Attorney Phone:** (optional)
5017252787

**Attorney Email:** (optional)
adam@ajchilderslaw.com

*If any of this information changes, you are responsible for notifying the agency of the new information.*

# SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|----------|-------------------|
| 1 | 19-DEA-656160 | $332,057.00 U.S. Currency, SN: ****             seized by the Arkansas State Police on September 10, 2019 in Lonoke, AR and adopted by the DEA on September 23, 2019 at Lonoke, AR. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 19-DEA-656160 | $332,057.00 U.S. Currency, SN: ****                            seized by the Arkansas State Police on September 10, 2019 in Lonoke, AR and adopted by the DEA on September 23, 2019 at Lonoke, AR. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

The asset in this matter, is the property of the Claimant, which was obtained by lawful means over the years and not from illegal activity. Claimant purchases, improves, and sells antique vehicles and vehicles that are improved for speed and racing performance. Additionally, Claimant sells an array of goods via local and online marketplaces. Claimant's wife also works and contributes to the family's income. Claimant has provided some titles to vehicles that were readily accessible and Claimant is continuing to gather more such receipts and documentation. Additionally, the currency was not from illegal activity, but was money saved from the family?    s income, sales of antique and performance vehicles and sales of goods to local and online marketplaces.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

* Vehicle Titles - Kim Docs.pdf

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

The following declaration must be completed by the claimant.

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____ Signature

SUNG KIM.                          Kim, Sung
_____ Printed Name

11/20/2019
_____ Date

### Sworn Notice of Representation

This section must be completed only by claimants who are represented by an attorney.

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

_____ Signature

                                   Kim, Sung
_____ Printed Name

11/20/2019
_____ Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**

This certificate is attached to a __1__ page document dealing with/entitled __Section IV - Recovery of Loss__ and dated __11/20/2019__

Jurat Certificate (Verification on Oath or Affirmation)

State of Georgia
County of __Gwinnett__

Signed and sworn to (or affirmed) before me on __11 / 20 / 2019__
                                                      Date

by __Sung Kim__
Printed name(s) of individual(s) making statement

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

____ Personally Known
or
__X__ Produced Identification
Type of ID __GA Driver License__

_____
Signature of notary public
__Linling Li__
(Name of notary, typed, stamped or printed)
Notary Public State of Georgia

My commission expires: __Sept 25, 2022__

LINLING LI
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires Sept. 25, 2022

Jurat Certificate Ver C