# McCree, Cameron (USAARE)

| | |
|---|---|
| **From:** | Toney Brasuell <toney@brasuelllawfirm.com> |
| **Sent:** | Thursday, April 1, 2021 5:26 PM |
| **To:** | McCree, Cameron (USAARE) |
| **Subject:** | Re: U.S. v. $332057 |

Thank you for the info. This request was mine because of my getting on the case so close to the deadline. I look forward to moving this case along quickly.

Sent from my iPad

> On Apr 1, 2021, at 4:41 PM, McCree, Cameron (USAARE) <Cameron.McCree@usdoj.gov> wrote:
>
> Toney - this message is meant to respond both the email below as well as your message about whether Mr. Kim agreed to email service.
>
> Mr. Kim only provided an email address initially - he gave his email address during the hearing on the motion to strike. Early in the case, Adam Childers agreed on Mr. Kim's behalf to accept email service. I added the street address once I saw that the clerk's office added it to the docket. With that background, I think the email service was effective. I sent it by mail too for two reasons - one to ensure he was properly served (I can see an argument he might make that I need an agreement with him directly once he became pro se). And two, I wanted to make every effort to ensure he saw the requests. He was not good at remaining engaged with this case as a represented party. He was just as bad when he was a pro se litigant (more on that below).
>
> Regarding the extension. I will agree to extend to May 4 the deadline for the supplemental answers to special interrogatories and the answers to the Rule 33, 34, and 36 requests. As you will see from reading the motion to compel and related filing (ECF Nos. 9 and 10) and the motion to strike and related filings (ECF No. 13 and 14), I've tried to be accommodating to Mr. Kim, and he has abused those professional courtesies, which has resulted in substantial delay. I don't want to put you in a bind by declining an extension. But I do want to let you know that I am concerned that Mr. Kim will delay things as long as he can rather than giving real answers. So I would be concerned about extending his time beyond May 4, especially with regard to the supplemental responses to the special interrogatories.
>
> Please let me know if you want to chat about the history of this case further. I'm happy to do what I can to help get you up to speed.
> -Cameron
>
>
> Cameron C. McCree
> Direct: (501) 340-2624
> Mobile: (501) 850-1707
> Fax: (501) 340-2725
>
> -----Original Message-----
> From: Toney Brasuell <toney@brasuelllawfirm.com>
> Sent: Thursday, April 1, 2021 3:25 PM
> To: McCree, Cameron (USAARE) <CMcCree@usa.doj.gov>
> Subject: U.S. v. $332057
>
> Cameron:

1

>
> I am requesting a 30 day extension of the discovery provided to my client from a letter dated March 2nd, (United States First Set of Interrogatories, Request for production, and Request for admission) and the request for additional information to the government's special interrogatories from a letter dated March 4th.
>
> This would make the responses due on May 4.  Please let me know if that's agreeable.
>
> Sent from my iPad