THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                        Case No. 4:20-cv-00307-KGB

$332,057.00 IN UNITED STATES CURRENCY                                      DEFENDANT

## JUDGMENT AND DECREE OF FORFEITURE

Before the Court is The United States of America's verified complaint *in rem* (Dkt. No. 1). As guided by 28 U.S.C. § 1355 and Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture and served the complaint on all required parties (Dkt. No. 1; 2). Sung Kim filed a claim against the property on April 25, 2020 (Dkt. No. 4).

The Court declares that the $332,057 in U.S. currency ("defendant property") described in the government's verified complaint (Dkt. No. 1) is forfeited, and title is now vested in the United States. All prior claims in and against the defendant property are extinguished and declared void. The defendant property shall be turned over to the United States and disposed of according to law.

The Clerk is directed to close the case.

It is so ordered this 21st day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge