THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-00307-KGB**

**$332,057.00 IN UNITED STATES CURRENCY**                              **DEFENDANT**

## ORDER VACATING JUDGMENT

The Court, on its own motion, withdraws the judgment entered on March 21, 2022 (Dkt. No. 38). Fed. R. Civ. P. 60(a). Both parties take the position that matters remain for trial, even with the Court's ruling on the suppression motion (Dkt. Nos. 1; 32). Trial in this matter remains scheduled (Dkt. No. 27).

The Clerk is directed to reopen the case.

It is so ordered this 22nd day of March, 2022.

_____
Kristine G. Baker
United States District Judge