THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. Case No. 4:20-cv-00307-KGB | |
| $332,057.00 IN UNITED STATES CURRENCY | DEFENDANT |
| SUNG KIM | CLAIMANT |

## ORDER

Before the Court is plaintiff United States of America's ("government") unopposed motion for an order of forfeiture (Dkt. No. 50). The government filed its verified complaint *in rem* on March 24, 2020, seeking the forfeiture of $332,057.00 in U.S. Currency ("defendant property") seized during a September 10, 2019, traffic stop (Dkt. No. 1, ¶ 1). The government represents that "[a]ll individuals who reasonably appear[ed] to be potential claimants were provided direct notice of this action, and the United States gave notice by publication to all other potentially interested parties" (Dkt. No. 50, ¶ 5). Furthermore, the time for filing claims has expired. *See generally* Fed. R. Civ. P. Supp. R. G(5).

The instant motion indicates that the parties have reached a mutually agreed upon settlement (*Id.*, ¶ 6). Under the terms of that settlement, the government has agreed to dismiss its claims against $32,057.00 of the defendant property, and Sung Kim, the defendant property's only claimant, has consented to the forfeiture of the remaining $300,000.00 of the defendant property (*Id.*, ¶¶ 5, 7). The parties have also agreed that they will bear their own fees and costs (*Id.*, ¶ 8).

For the foregoing reasons, the Court grants the government's motion (Dkt. No. 50), and the Court declares that $300,000.00 of the defendant property described in the government's verified complaint (Dkt. No. 1) is forfeited and that title to the forfeited defendant property is now

vested in the United States of America. The remaining $32,057.00 of the defendant property is dismissed with prejudice, and title to the remaining $32,057.00 shall vest with claimant Sung Kim (Dkt. No. 50, ¶ 7). The Court shall retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement. The Court denies all remaining pending motions as moot (Dkt. Nos. 41; 47; 49).

It is so ordered this 8th day of September, 2022.

_____
Kristine G. Baker
United States District Judge