**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **v.**    **Case No. 4:20-cv-00307-KGB** | |
| **$332,057.00 IN UNITED STATES CURRENCY** | **DEFENDANT** |
| **SUNG KIM** | **CLAIMANT** |

**JUDGMENT AND DECREE OF FORFEITURE**

Before the Court is The United States of America's verified complaint *in rem* (Dkt. No. 1). As guided by 28 U.S.C. § 1355 and Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States of America ("government") filed a verified complaint *in rem* for forfeiture and served the complaint on all required parties (Dkt. No. 1).  Sung Kim filed a claim against the property on April 25, 2020 (Dkt. No. 4).

The Court declares that $300,000.00 of the $332,057.00 of defendant property described in the government's verified complaint (Dkt. No. 1) is forfeited, and title to the forfeited defendant property is now vested in the United States.  The remaining $32,057.00 of the defendant property is dismissed with prejudice, and title to the remaining $32,057.00 shall vest with Sung Kim.  All prior claims in and against the $332,057.00 are extinguished and declared void.  The $300,000.00 of defendant property shall be turned over to the United States and disposed of according to law, with the remaining $32,057.00 returned to Sung Kim.

The Court shall retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.  The Clerk is directed to close the case.

It is so ordered this 8th day of September, 2022.


_____
Kristine G. Baker
United States District Judge